

# Washington County Sheriff's Office

| SHERIFFS OFFICE | DETENTION CENTER |
| --- | --- |
| PO Box 97 | 114 W. Jackson Boulevard |
| Jonesborough TN 37659 | Jonesborough, TN 37659-0097 |
| (423)788-1414 | (423)753-1701 |
| Facsimile: (423)788-1414 | Facsimile: (423)753-5011 |

**KEITH SEXTON**
SHERIFF

STATE OF TENNESSEE
COUNTY OF WASHINGTON

## AFFIDAVIT OF SERVICE

I, Daniel Belisle, state that I am a Deputy Sheriff of Washington County, TN., and have the authority to service any type of process within Washington County, TN.

Dep Daniel Belisle 1069

I, ~~Virginia Causey (wife)~~, served Virginia Causey, wife of Charles Causey the 12 day of March, 20 25.

I, _____, did not serve _____

the ____ day of _____, 20 ____.

_____ 1069
Deputy Sheriff

Angela M Walters
Notary Public

Commission Expires: April 1, 2026



FIRST NATIONALLY ACCREDITED SHERIFF'S OFFICE IN TENNESSEE

Wcso273 (rev. 04/04)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-1153

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Virginia Causey** , who is designated by law to accept service of process on behalf of *(name of organization)*
**Charles Causey** on *(date)* **3-12-25** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **3-12-25**

_____
Server's signature

**Deputy Daniel Belisle 1069**
Printed name and title

**112 W. Jackson Blvd Jonesborough TN 37659**
Server's address

Additional information regarding attempted service, etc: