To:		All Judges, Clerks of Court and Counsel of Record
From:		Ashley Thomas, Esq.
Re:		Notice of Leave of Absence
Date:		March 18, 2025

Comes now, **ASHLEY L. THOMAS**, and respectfully notifies the Court, and any and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The period of leave during which time Applicant will be away from the practice of law is for family vacations and/or professional development:

    a. April 28 - 30, 2025
    b. June 25 - 30, 2025
    c. July 16 - 18, 2025
    d. October 20 - 24, 2025
    e. November 11, 2025
    f. November 25 - 28, 2025
    g. December 22 - January 2, 2026

2. All affected judges and opposing counsel shall have ten (10) days from the date of this notice to object to it. If no objections are filed, the leave shall be granted.

_____
Ashley Thomas
Georgia State Bar Number 271895

Geiger Legal Group, LLC
Ashley Thomas
157 Reinhardt College Parkway
Suite #400
Canton, Georgia 30114
770-720-4600
athomas@geiger-legal.com

**CERTIFICATE OF SERVICE**

    This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks and opposing counsel listed on the attached Exhibit A, by depositing same in the U.S. Mail with adequate postage afffixed thereto.

    This 18th day of March, 2025.

                                                                          _____
                                                                           Ashley Thomas
                                                                           Georgia State Bar Number 271895

Geiger Legal Group, LLC
Ashley Thomas
157 Reinhardt College Parkway
Suite #400
Canton, Georgia 30114
770-720-4600
athomas@geiger-legal.com

**EXHIBIT "A"**

| **Name of Case**<br>**Case Number** | **Name of Judge**<br>**Court/County** | **Opposing Counsel**<br>**Address** |
|---|---|---|
| Maziar Yoush vs. Anthony Sabatino<br>24SCE0031 | A. Dee Morris<br>Cherokee State | John Barraco<br>P.O. Box 674027<br>Marietta, GA 30006 |
| Anissa Meachum vs. Steven Grau<br>24SCE1463 | W. Alan Jordan<br>Cherokee State | Sean Gill<br>4200 Northside Parkway NW<br>Building 12<br>Atlanta, GA 30327 |
| Christopher Deleonardis vs.<br>Michael Childers<br>2024SUCV0592 | Mary Elizabeth Priest<br>Pickens Superior | Alan Gibson<br>P.O. Box 674027<br>Marietta, GA 30006 |
| Sheila Mondie vs.<br>U.S. Fitness Holdings, LLC<br>D/B/A OneLife Fitness<br>24-C-07365-S5 | Erica Dove<br>Gwinnett State | Rebecca Strickland<br>1420 Peachtree St NE<br>Suite 800<br>Atlanta, GA 30309 |
| Heather Acampa & Jeffrey Dodd<br>vs. Sheri Moyer & Geoffrey Moyer<br>STCV25-00086 | Derek White<br>Chatham State | Cynthia A. Daly<br>3200 Windy Hill Road<br>Suite 1525E<br>Atlanta, Georgia 30339 |
| Charlie Rogers vs.<br>Exterior Maintenance Solutions<br>of Atlanta, LLC & Phillip Truluck<br>24SV-500 | Josh Thacker<br>Spalding State | Christopher Watkins<br>191 Peachtree Road Northeast<br>Atlanta, GA 30303 |
| Myrtle Gibson vs. Academy, LTD.<br>(LP.) (Texas)<br>4:25-cv-00016-WMR | William M. Ray, II<br>U.S. District Court<br>Northern District of Georgia | Kendra Talley<br>201 17th Street NW<br>Suite 1700<br>Atlanta, Georgia 30363 |
| Janice Brookshire &<br>Sammy Brookshire vs.<br>Henry Alexander<br>24-A-4396 | Eric Brewton<br>Cobb State | Joel Hausman<br>288 Washington Ave<br>Marietta, GA 30060<br><br>Dylan Littlejohn<br>P.O. Box 50630<br>Atlanta, GA 30302 |
| Connie Curtis vs. Southeast Trading<br>Group Company D/B/A Marietta<br>Closeouts<br>23-A-4261 | Allison Salter<br>Cobb State | Boyd Jones<br>639 Whitlock Ave SW<br>2nd Floor<br>Marietta, GA 30064 |

| Case | Judge/Court | Attorney |
|---|---|---|
| Sofia Melendez, Dennis Melendez, & Lluvia Vasquez vs. Stacy Crumley, Jeff Crumley, Summer Schultz, & Jacob McCord<br>24SCE1225 | A. Dee Morris<br>Cherokee State | Nikolai Makarenko, Jr.<br>1960 Satellite Blvd<br>Suite 2000<br>Duluth, GA 30097 |
| Adison Baynes vs. Melissa Hardegree<br>SUCV2024000211 | Andrew Roper<br>Haralson Superior | Unknown |
| Rosailyn Burgess, Henry Burgess, Leroy Burgess, Shrita Burgess, & Tulani M. Gusby MucCauley vs. Jonathan Baccus<br>25-C-00856-S3 | Carla Brown<br>Gwinnett State | Unknown |
| Kyrah Seamon vs. Bradley Cash<br>1:25-cv-00696-ELR | Eleanor Ross<br>U.S District Court<br>Northern District of Georgia | Unknown |
| Abigail Ramsey vs. Steve Pifer<br>24-A-5056 | Maria Golick<br>Cobb State | M. Claudia Yang<br>900 Circle 75 Pkwy<br>Suite 1040<br>Atlanta, Georgia 30339 |
| Adesola Omonira, et. al vs. Charles Causey<br>1:25-cv-01153-TRJ | Tiffany R. Johnson<br>U.S District Court<br>Northern District of Georgia | Unknown |
| Iesha McIntosh vs. Madeline Kimmel<br>25SCE0489 | A. Dee Morris<br>Cherokee State | Unknown |
| Nikia Elliott vs. Andrew Olsen<br>2025SUCV0167 | Brenda Weaver<br>Pickens Superior | Unknown |