# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION
## STATE OF GEORGIA

| | |
|---|---|
| ADESOLA OMONIRA, INDIVIDUALLY AND AS FATHER OF AAMANI OMONIRA, ADESOLA OMONIRA JR. AND ALAYO OMONIRA, AND AAMANI OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADESOLA OMONIRA, JR., A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, AND ALAYO OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADETAYO OMONIRA, AND BRITNEY OMONIRA, | CIVIL ACTION FILE NO. 1:25-cv-01153-TRJ |
| Plaintiffs, | |
| v. | |
| CHARLES CAUSEY, | |
| Defendant. | |

## **PLAINTIFF'S INITIAL DISCLOSURES**

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

**Plaintiff brings this action against Charles Causey based on injuries sustained in a motor vehicle accident on May 5, 2024 at the Raising Cane's Restaurant on Chambers Drive in Woodstock, Georgia. As a result of the accident, the Omoniras have sustained injuries which incurred the following medical expenses to date: $6,350 for Plaintiff Adesola, $1,369.77 for Plaintiff Aamani, $635.68 for Plaintiff Adesola Jr., $635.68 for Plaintiff Alayo, $7,000 for Plaintiff Britney, and $3,050 for Plaintiff Adetayo. Plaintiffs allege claims of negligence and negligence per se against Defendant Charles Causey and seek recovery of their past and future economic damage and their past and future non-economic damage. Plaintiffs also assert a claim for litigation expenses (including reasonable attorney fees) based on O.C.G.A. 13-6-11 arising from Defendant's stubborn litigiousness.**

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.

**Negligence, Negligence Per Se, O.C.G.A. 13-6-11 (litigation expenses).**

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**Please see Attachment A.**

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)

**Please see Attachment B.**

(5) Provide a copy of, or a description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**Please see Attachment C.**

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**Please see Attachment D.**

(7) Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**Please see Attachment E.**

(8) Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in plaintiffs cause of action and state the basis and extent of such interest.

**Health Insurance: United Healthcare, P.O. Box 2789, Warminster, PA 18974.**

## **Attachment A: Witness List**

Plaintiffs Adesola Omonira, et al. c/o Geiger Legal Group, LLC

Defendant Charles Causey c/o Defendant's Counsel

Dominguez Chiropractic, Dr. Joseph Herron, D.C., 2468 Windy Hill Road Southeast, Marietta, Georgia 30067

Piedmont Urgent Care, 3515 Camp Creek Parkway, East Point, Georgia 30344

## **Attachment B: Expert Witnesses**

Plaintiff identifies Dr. Joseph Herron, D.C., who will testify as to Plaintiff's treatment, causation, and need for future medical care. Dr. Joseph Herron, D.C. does not have expert reports at this time, but their opinions as to injury and causation can be found in their medical records. Dr. Joseph Herron, D.C. is a treating physician, and his opinions can be found in the medical records generated by his office and further explained during his deposition, if taken.

Plaintiff has not identified any additional expert witnesses at this time. Plaintiff may call on Plaintiff's other physicians for expert opinion. Plaintiff may also hire an independent medical professional to testify as to Plaintiff's injuries. Plaintiff will supplement her discovery response upon obtaining an expert.

## **Attachment C: Document List**

Plaintiffs produce the following documents that they may use to support their claims:

- Any applicable photographs of the location and injuries involved in this case;

- Medical Records of the Plaintiffs.

- Any documents identified in Defendant's Initial Disclosures.

- Any documents produced during discovery.

# **Attachment D: Computation of damages**

1. <u>Special Damages</u>. These include expenses incurred by Plaintiffs as a result of the accident including, without limitation, medical expenses and bills. Currently, Plaintiffs have received the following in medical in medical bills related to the crash: **$6,350 for Plaintiff Adesola, $1,369.77 for Plaintiff Aamani, $635.68 for Plaintiff Adesola Jr., $635.68 for Plaintiff Alayo, $7,000 for Plaintiff Britney, and $3,050 for Plaintiff Adetayo**. This amount is subject to change as Plaintiffs receive additional bills and/or receives additional treatment.

2. <u>General Damages</u>. Plaintiff's past, present, and future pain and suffering in an amount to be determined by the enlightened conscience of the jury.

3. <u>Litigation Expenses</u>. Pursuant to O.C.G.A. 13-6-11, Plaintiff has specially pled for the expenses of litigation (including attorney fees and litigation costs).

## **Attachment E: Insurance Policy**

Plaintiff Adesola has a State Farm policy, but it provides only reduced by coverage. Plaintiffs will turn that over for Defendant's review.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14-point Times New Roman.


Respectfully submitted,

/S/ Ashley Thomas

_____

Ashley Thomas
Georgia State Bar Number. 271895
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION
# STATE OF GEORGIA

| | | |
|---|---|---|
| ADESOLA OMONIRA, INDIVIDUALLY AND AS FATHER OF AAMANI OMONIRA, ADESOLA OMONIRA JR. AND ALAYO OMONIRA, AND AAMANI OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADESOLA OMONIRA, JR., A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, AND ALAYO OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADETAYO OMONIRA, AND BRITNEY OMONIRA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 1:25-cv-01153-TRJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHARLES CAUSEY, | ) ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading via electronic service and/or by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

/S/Ashley Thomas
_____
Ashley Thomas
Georgia State Bar Number. 271895
Attorney for Plaintiff

Geiger Legal Group, LLC
Ashley Thomas, Esq.
157 Reinhardt College Pkwy Suite 400
Canton, Georgia 3014
770-720-4600
athomas@geiger-legal.com