IN THE US DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
STATE OF GEORGIA

| | | |
|---|---|---|
| ADESOLA OMONIRA, ET. AL., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action File |
| | ) | No.: 1:25-CV-1153 |
| v. | ) | |
| | ) | |
| CHARLES CAUSEY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing DEFENDANT'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS, INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Ashley L. Thomas, Esq.
A Casey Geiger, Esq.
Christopher P. Brown, Esq.
Geiger Legal Group, LLC
157 Reinhardt College Parkway, Suite 400
Canton, GA 30114
athomas@geiger-legal.com
acgeiger@geiger-legal.com
cbrown@geiger-legal.com

37

This __6th___ day of May, 2025.

                                              WALDON ADELMAN CASTILLA
                                              MCNAMARA & PROUT

                                              /s/ Matthew J. Hurst
                                              Matthew J. Hurst
                                              Georgia Bar No. 480267
                                              Attorney for Defendant

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
mhurst@waldonadelman.com