# IN THE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION STATE OF GEORGIA

| | |
|---|---|
| ADESOLA OMONIRA, INDIVIDUALLY AND AS FATHER OF AAMANI OMONIRA, ADESOLA OMONIRA JR. AND ALAYO OMONIRA, AND AAMANI OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADESOLA OMONIRA, JR., A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, AND ALAYO OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADETAYO OMONIRA, AND BRITNEY OMONIRA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHARLES CAUSEY,<br><br>    Defendant. | Civil Action File No. 1:25-cv-01153-TRJ |

## 5.2 CERTIFICATE OF SERVICE

    Pursuant to Rule 5.2 of the Georgia Uniform Court Rules, this is to certify that I have this date served a true and correct copy of the following pleading(s)s as listed below:

    *1. Plaintiff, Adesola Omonira, Responses to Request for Admissions,*
    *2. Plaintiff, Aamani Omonira, Responses to Request for Admissions,*

*3. Plaintiff, Adesola Omonira, Jr. Responses to Request for Admissions,*
*4. Plaintiff, Alayo Omonira, Responses to Request for Admissions,*
*5. Plaintiff, Adetayo Omonira, Responses to Request for Admissions, and*
*6. Plaintiff, Britney Omonira, Responses to Request for Admissions.*

upon all counsel of records by depositing a copy of same in the United States Mail with adequate postage affixed thereon and properly addressed to:

>Riley Spitzig
>900 Circle 75
>Suite 1040
>Atlanta, Georgia 30339
>*Attorney for Defendant*

Respectfully submitted May 12, 2025.

**GEIGER LEGAL GROUP, LLC**

_____
Ashley L. Thomas, Esq.
Bar Number: 271895
*Attorney for Plaintiff*

157 Reinhardt College Parkway
Suite 400
Canton, Georgia 30114
Phone:     (770) 720-4600
Facsimile: (770) 720-4646
Email:     athomas@geiger-legal.com