# IN THE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION STATE OF GEORGIA

| | |
|---|---|
| ADESOLA OMONIRA, INDIVIDUALLY AND AS FATHER OF AAMANI OMONIRA, ADESOLA OMONIRA JR. AND ALAYO OMONIRA, AND AAMANI OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADESOLA OMONIRA, JR., A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, AND ALAYO OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADETAYO OMONIRA, AND BRITNEY OMONIRA,<br><br>   Plaintiff's,<br><br>v.<br><br>CHARLES CAUSEY<br><br>   Defendant. | Civil Action File No. 1:25-CV-1153 |

## 5.2 CERTIFICATE OF SERVICE

Pursuant to Rule 5.2 of the Georgia Uniform Court Rules, this is to certify that I have this date served a true and correct copy of the following pleading(s)s as listed below:

1. *Plaintiff, Aamani Omonira, Response to Interrogatories,* and
2. *Plaintiff, Aamani Omonira, Response to Interrogatories.*

via Statutory Electronic Service to:

>Riley Spitzig
>WALDON ADELMAN CASTILLA
>MCNAMARA & PROUT
>900 Circle 75 Pkwy
>Suite #1040
>Atlanta, Georgia 30339
>*Attorney for Defendant*

Respectfully submitted June 18, 2025.

**GEIGER LEGAL GROUP, LLC**

Ashley L. Thomas, Esq.
Bar Number: 271895
*Attorney for Plaintiff*

157 Reinhardt College Parkway
Suite 400
Canton, Georgia 30114
Phone:      (770) 720-4600
Facsimile: (770) 720-4646
Email:      athomas@geiger-legal.com