# IN THE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION STATE OF GEORGIA

| | |
|---|---|
| ADESOLA OMONIRA, INDIVIDUALLY AND AS FATHER OF AAMANI OMONIRA, ADESOLA OMONIRA JR. AND ALAYO OMONIRA, AND AAMANI OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADESOLA OMONIRA, JR., A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, AND ALAYO OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADETAYO OMONIRA, AND BRITNEY OMONIRA, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES CAUSEY, <br><br> Defendant. | Civil Action File No. 1:25-CV-1153 |

## 5.2 CERTIFICATE OF SERVICE

Pursuant to Rule 5.2 of the Georgia Uniform Court Rules, this is to certify that I have this date served a true and correct copy of the following pleading(s)s as listed below:

1. ***Plaintiff, Alayo Omonira, Responses to Interrogatories, and***
2. ***Plaintiff, Alayo Omonira, Responses to Request for Production.***

via Statutory Electronic Service

Riley Spitzig
WALDON ADELMAN CASTILLA
MCNAMARA & PROUT
900 Circle 75 Pkwy
Suite #1040
Atlanta, Georgia 30339
*Attorney for Defendant*

Respectfully submitted June 19, 2025.

**GEIGER LEGAL GROUP, LLC**

Ashley L. Thomas, Esq.
Bar Number: 271895
*Attorney for Plaintiff*

157 Reinhardt College Parkway
Suite 400
Canton, Georgia 30114
Phone:      (770) 720-4600
Facsimile: (770) 720-4646
Email:       athomas@geiger-legal.com