# IN THE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION STATE OF GEORGIA

| | |
|---|---|
| ADESOLA OMONIRA, INDIVIDUALLY AND AS FATHER OF AAMANI OMONIRA, ADESOLA OMONIRA JR. AND ALAYO OMONIRA, AND AAMANI OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADESOLA OMONIRA, JR., A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, AND ALAYO OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADETAYO OMONIRA, AND BRITNEY OMONIRA,<br><br>Plaintiff(s),<br><br>v.<br><br>CHARLES CAUSEY<br><br>Defendant. | Civil Action File No.<br>1:25-CV-1153 |

## 5.2 CERTIFICATE OF SERVICE

Pursuant to Rule 5.2 of the Georgia Uniform Court Rules, this is to certify that I have this date served a true and correct copy of the following pleading(s)s as listed below:

*1. Plaintiff, Aamani Omonira, Response to Interrogatories, and*
*2. Plaintiff, Aamani Omonira, Response to Interrogatories.*

via Statutory Electronic Service to:

    Riley Spitzig
    WALDON ADELMAN CASTILLA
    MCNAMARA & PROUT
    900 Circle 75 Pkwy
    Suite #1040
    Atlanta, Georgia 30339
    *Attorney for Defendant*

    Respectfully submitted June 19, 2025.

                                **GEIGER LEGAL GROUP, LLC**

                                Ashley L. Thomas, Esq.
                                Bar Number: 271895
                                *Attorney for Plaintiff*

157 Reinhardt College Parkway
Suite 400
Canton, Georgia 30114
Phone:    (770) 720-4600
Facsimile: (770) 720-4646
Email:     athomas@geiger-legal.com