To: All Judges, Clerks of Court and Counsel of Record
From: Ashley Thomas, Esq.
Re: Notice of Leave of Absence
Date: June 23, 2025

Comes now, **ASHLEY L. THOMAS**, and respectfully notifies the Court, and any and all opposing counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The period of leave during which time Applicant will be away from the practice of law is for family vacations and/or professional development:

    a. June 25 - 30, 2025
    b. July 16 - 18, 2025
    c. September 22 - November 28, 2025
    d. December 22 - January 2, 2026

2. All affected judges and opposing counsel shall have ten (10) days from the date of this notice to object to it. If no objections are filed, the leave shall be granted.

_____
Ashley Thomas
Georgia State Bar Number 271895

Geiger Legal Group, LLC
Ashley Thomas
157 Reinhardt College Parkway
Suite #400
Canton, Georgia 30114
770-720-4600
athomas@geiger-leGeorgial.com

**CERTIFICATE OF SERVICE**

  This is to certify that I have this date served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks and opposing counsel listed on the attached Exhibit A, by depositing same in the U.S. Mail with adequate postage affixed thereto.

  This 23 June 2025.

                     _____
                     Ashley Thomas
                     Georgia State Bar Number 271895

Geiger Legal Group, LLC
Ashley Thomas
157 Reinhardt College Parkway
Suite #400
Canton, Georgia 30114
770-720-4600
athomas@geiger-legal.com

**EXHIBIT "A"**

| Name of Case<br>Case Number | Name of Judge<br>Court/County | Opposing Counsel<br>Address |
|---|---|---|
| Heather Acampa & Jeffrey Dodd vs. Sheri Moyer & Geoffrey Moyer<br>STCV25-00086 | Derek White<br>Chatham State | Craig Cowart<br>3200 Windy Hill Road SE<br>Suite #1525E<br>Atlanta, Georgia 30339 |
| Gail Alzahrani vs. Dianna Gladney<br>25SCE0780 | A. Dee Morris<br>Cherokee State | Hunter Bohannan<br>1960 Satellite Boulevard<br>Suite 2000<br>Duluth, Georgia 30097 |
| Adison Baynes vs. Melissa Hardegree<br>SUCV2024000211 | Andrew Roper<br>Haralson Superior | Unknown |
| Janice Brookshire & Sammy Brookshire vs. Henry Alexander<br>24-A-4396 | Eric Brewton<br>Cobb State | Joel Hausman<br>288 Washington Avenue<br>Marietta, Georgia 30060<br><br>Dylan Littlejohn<br>P.O. Box 50630<br>Atlanta, Georgia 30302 |
| Jeffrey Brown vs. Celine Alnoubani<br>25EV005972 | Eric Richardson<br>Fulton State | Unknown |
| Christopher Deleonardis vs. Michael Childers<br>2024SUCV0592 | Mary Elizabeth Priest<br>Pickens Superior | Alan Gibson<br>P.O. Box 674027<br>Marietta, Georgia 30006 |
| Nikia Elliott vs. Andrew Olsen<br>2025SUCV0167 | Mary E. Priest<br>Pickens Superior | R. Christopher Harrison<br>288 Washington Avenue<br>Marietta, Georgia 30060 |
| Nikia Elliott vs. Randy Moffett and Julie Bourque<br>2025SUCV0291 | Mary E. Priest<br>Pickens Superior | Lindsay Reese<br>3200 Windy Hill Road<br>Suite #1525E<br>Atlanta, Georgia 30339 |
| Myrtle Gibson vs. Academy, LTD. (LP.) (Texas)<br>4:25-cv-00016-WMR | William M. Ray, II<br>U.S. District Court<br>Northern District of Georgia | Kendra Talley<br>201 17th Street NW<br>Suite #1700<br>Atlanta, Georgia 30363 |
| Jessica Gilley vs. Terry Goodwin<br>25SV338 | Robert D. Alexander<br>Jackson State | Jeffrey Scheese<br>285 Peachtree Center Avenue NE<br>Suite $1650<br>Atlanta, Georgia 30303 |

| | | |
|---|---|---|
| Ethan Jenkins vs. Clorio Heredia De La Cruz<br>25SCE1068 | A. Dee Morris | Unknown |
| Nayla Limon-Vazquez vs. Juileta Marcial Celleja & Carla Milan<br>24EV010034 | Jay Roth<br>Fulton State | Unknown |
| Anissa Meachum vs. Steven Grau, TLC Home Buyers, LLC and Notable Notaries, LLC<br>24SCE1463 | W. Alan Jordan<br>Cherokee State | Sean Gill<br>4200 Northside Parkway NW<br>Building 12<br>Atlanta, Georgia 30327<br><br>W. Jason Pettus<br>270 Peachtree Street NW<br>Suite #1800<br>Atlanta, Georgia 30343<br><br>Catherine A. Gavrilidis<br>1420 Peachtree Street NE<br>Suite #1800<br>Atlanta, Georgia 30309 |
| Sofia Melendez, Dennis Melendez, & Lluvia Vasquez vs. Jacob McCord<br>24SCE1225 | A. Dee Morris<br>Cherokee State | Nikolai Makarenko, Jr.<br>1960 Satellite Blvd<br>Suite 2000<br>Duluth, Georgia 30097 |
| Tomas Carlos Moncayo Ramirez and Rodrigo Moncayo-Lopez<br>25-C-04207-S4 | Ronda S. Colvin<br>Gwinnett State | Unknown |
| Sheila Mondie vs.<br>U.S. Fitness Holdings, LLC D/B/A OneLife Fitness<br>24-C-07365-S5 | Erica Dove<br>Gwinnett State | Rebecca Strickland<br>1420 Peachtree Street NE<br>Suite 800<br>Atlanta, Georgia 30309 |
| Adesola Omonira, et.al. vs. Charles Causey<br>1:25-cv-01153-TRJ | Tiffany R. Johnson<br>U.S. District Court<br>Northern District of Georgia | Riley Spitzig<br>900 Circle 75<br>Suite 1040<br>Atlanta, Georgia 30339 |
| Blanca Pena vs. Emma West<br>25SCE0729 | A. Dee Morris<br>Cherokee State | Naomie Mirkovic<br>288 Washington Avenue<br>Marietta, Georgia 30060 |
| Sonia Ramirez vs. Michael Cipko<br>25-A-2678 | Maria B. Golick<br>Cobb State | Unknown |