**IN THE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION STATE OF GEORGIA**

| | |
|---|---|
| ADESOLA OMONIRA, INDIVIDUALLY AND AS FATHER OF AAMANI OMONIRA, ADESOLA OMONIRA JR. AND ALAYO OMONIRA, AND AAMANI OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADESOLA OMONIRA, JR., A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, AND ALAYO OMONIRA, A MINOR, BY AND THROUGH HIS FATHER AND NATURAL GUARDIAN AS NEXT FRIEND, ADETAYO OMONIRA, AND BRITNEY OMONIRA, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES CAUSEY, <br><br> Defendant. | Civil Action File No. <br> 1:25-CV-1153 |

**5.2 CERTIFICATE OF SERVICE**

Pursuant to Rule 5.2 of the Georgia Uniform Court Rules, this is to certify that I have this date served a true and correct copy of the following pleading(s)s as listed below:

1. ***Plaintiff, Britney Omonira, Response to Interrogatories, and***
2. ***Plaintiff, Britney Omonira, Response to Interrogatories.***

upon all counsel of records by depositing a copy of same in the United States Mail with adequate postage affixed thereon and properly addressed to:

    Riley Spitzig
    900 Circle 75
    Suite 1040
    Atlanta, GA 30339
    *Attorney for Defendant*

Respectfully submitted June 27, 2025.

                      **GEIGER LEGAL GROUP, LLC**

                      Ashley L. Thomas, Esq.
                      Bar Number: 271895
                      *Attorney for Plaintiff*

157 Reinhardt College Parkway
Suite 400
Canton, Georgia 30114
Phone:   (770) 720-4600
Facsimile: (770) 720-4646
Email:    athomas@geiger-legal.com