# IN THE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION STATE OF GEORGIA

| | |
|---|---|
| ADESOLA OMONIRA, individually and as Father of AAMANI OMONIRA, ADESOLA OMONIRA JR. and ALAYO OMONIRA, and AAMANI OMONORA, a minor, by and through his Father and Natural Guardian as Next Friend, ADESOLA OMONORA, JR., a minor, by and through his Father and Natural Guardian as Next Friend, and ALAYO OMONORA, a minor, by and through his Father and Natural Guardian as Next Friend, and BRITNEY OMONIRA,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES CAUSEY,<br><br>Defendant. | Civil Action File No. 1:25-cv-01153-TRJ |

## **5.2 CERTIFICATE OF SERVICE**

Pursuant to Rule 5.2 of the Georgia Uniform Court Rules, this is to certify that I have this date served a true and correct copy of the following pleading(s)s as listed below:

    1. ***Plaintiff, Adesola Omonira, Response to Interrogatories, and***
    2. ***Plaintiff, Adesola Omonira, Response to Interrogatories.***

upon all counsel of records by depositing a copy of same in the United States Mail with adequate postage affixed thereon and properly addressed to:

    Riley Spitzig
    900 Circle 75
    Suite 1040
    Atlanta, Georgia 30339
    *Attorney for Defendant*

    Respectfully submitted June 27, 2025.

                                                     **GEIGER LEGAL GROUP, LLC**

                                                     Ashley L. Thomas, Esq.
                                                     Bar Number: 271895
                                                     *Attorney for Plaintiff*

157 Reinhardt College Parkway
Suite 400
Canton, Georgia 30114
Phone:    (770) 720-4600
Facsimile: (770) 720-4646
Email:     athomas@geiger-legal.com